UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
DISCOVISION ASSOCIATES,                :
                                       :
                Plaintiff,             :
                                       :
        v.                             :    07 Civ. ____ ( )
                                       :
FUJI PHOTO FILM CO., LTD., FUJIFILM U.S.A.,:
INC., FUJIFILM RECORDING MEDIA MFG.    :
U.S.A., INC., FUJI MAGNETICS GMBH,     :
                                       :
                Defendants.            :
---------------------------------------------------------------x

## DECLARATION OF MASANORI KURIHARA

1. I, Masanori Kurihara, am a managing agent of FUJIFILM Recording Media GmbH, which was formerly known as Fuji Magnetics GmbH. My title at that company is Managing Director.

2. FUJIFILM Recording Media GmbH has not received service of a Complaint or Summons, pursuant to The Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters, in the U.S. legal action that I understand has been initiated by Discovision Associates against a number of Fujifilm companies.

3. Although FUJIFILM Recording Media GmbH has not been properly served or made a party to this U.S. legal action, I am authorized on behalf of FUJIFILM Recording Media GmbH to state that we consent to the removal of the case from state court to federal court.

I hereby affirm under penalties of perjury of the laws of the United States that the foregoing is true and correct.

Executed: July 6, 2007