





07 CIV 6348

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Discovision Associates,<br>**Plaintiff**<br><br>-v-<br>Fuji Photo Film Co., Ltd., Fujifilm U.S.A., Inc., Fujifilm Recording Media Mfg., U.S.A., Inc., Fuji Magnetics GmbH,<br>**Defendants** | Case No.<br><br>**Rule 7.1 Statement** |

RECEIVED
JUL 11 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Fujifilm Recording Media Mfg., U.S.A., Inc.(a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Fujifilm Holdings Corporation

**Date:** 7/11/2007

Eric J. Lobenfeld
**Signature of Attorney**

**Attorney Bar Code:** EL 4560

JUDGE CROTTY

'07 CIV 6348

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Discovision Associates,
**Plaintiff**

-v-

Fuji Photo Film Co., Ltd., Fujifilm U.S.A. Inc., Fujifilm Recording Media Mfg., U.S.A., Inc., Fuji Magnetics GmbH,

**Defendants**

Case No.

**Rule 7.1 Statement**




Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Fujifilm U.S.A., Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Fujifilm Holdings Corporation

**Date:** 7/11/2007

Eric J. Lobenfeld
**Signature of Attorney**

**Attorney Bar Code:** EL 4560

JUDGE CROTTY

'07 CIV 6348

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Discovision Associates,<br>**Plaintiff**<br><br>-v-<br><br>Fuji Photo Film Co., Ltd., Fujifilm U.S.A., Inc., Fujifilm Recording Media Mfg., U.S.A., Inc., Fuji Magnetics GmbH,<br>**Defendants** | Case No.<br><br>**Rule 7.1 Statement** |

RECEIVED
JUL 11 2007
U.S.D.C. S.D.N.Y.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Fuji Photo Film Co., Ltd. * (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Fujifilm Holdings Corporation

Date: 7/11/2007

Eric J. Lobenfeld
**Signature of Attorney**

**Attorney Bar Code:** EL 4560

Form Rule7_1.pdf

* Pursuant to a recent corporate reorganization, the corporate name of Defendant Fuji Photo Film Co., Ltd. was changed to