UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
DISCOVISION ASSOCIATES,                       :
                                              :
            Plaintiff,                       :
                                              :
            v.                               :   07-Civ.-6348 (PAC)
                                              :
FUJI PHOTO FILM CO., LTD., FUJIFILM U.S.A.,   :
INC., FUJIFILM RECORDING MEDIA MFG.           :
U.S.A., INC., FUJI MAGNETICS GMBH,            :
                                              :
            Defendants.                      :
---------------------------------------------------------------x

      I, RACHEL STROM, an associate of the firm Hogan & Hartson L.L.P., attorneys for defendants FUJIFILM Corporation, FUJIFILM U.S.A., Inc., and FUJIFILM Recording Media Manufacturing U.S.A., Inc. in the above-entitled action, hereby certify that on July 18, 2007, I caused the accompanying Answer, Defenses and Counterclaims to be served electronically (via the Court's ECF system and via email) to the persons named below:

                                       James B. Kobak
                                       Hughes Hubbard & Reed LLP
                                       One Battery Park Plaza
                                       New York, N.Y. 10004-1482
                                       kobak@hugheshubbard.com
                                             and
                                       William T. Bisset
                                       Hughes Hubbard & Reed LLP
                                       350 South Grand Avenue
                                       Los Angeles, Calif. 90071-3442
                                       bisset@hugheshubbard.com
                                       *Attorneys for Plaintiff*

\\\NY - 028797/000001 - 1049331 v1

Dated: New York New York
July 18, 2007

                          HOGAN & HARTSON L.L.P.

                  By:___/s/ Rachel Strom_____
                      Rachel Strom (RS9666)
                      875 Third Avenue
                      New York, New York 10022
                      (212) 918-300

*Attorneys for Defendants*
*FUJIFILM Corporation, FUJIFILM U.S.A., Inc., and*
*FUJIFILM Recording Media Manufacturing U.S.A., Inc.*