# HOGAN & HARTSON

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 1 2007

Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
+1.212.918.3000 Tel
+1.212.918.3100 Fax

www.hhlaw.com

July 30, 2007

Eric J. Lobenfeld
Partner
+1.212.918.8202
ejlobenfeld@hhlaw.com

*VIA E-MAIL*

Hon. Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
Chambers 735, Courtroom 20-C
New York, New York 10007

*Application Granted
So ordered
Paul A. Crotty
U.S.D.J.*

Re:  Discovision Associates v. Fuji Photo Film Co., Ltd., et al.
     07-cv-6348 (PAC) – Joint Request For Conference By Telephone

Dear Judge Crotty:

We represent defendants in the above-referenced action. I write on behalf of all parties in response to an e-mail we received Friday afternoon from your Courtroom Deputy Mr. Ovalles. In the e-mail, Mr. Ovalles informed the parties that the Court needed to set a new date for the pre-motion conference originally scheduled for August 2.

Lead counsel for both plaintiff and defendants are located outside New York. Plaintiff's counsel is based in Los Angeles, while defendants' counsel is based in Washington, DC. The parties are therefore requesting that the Court hold the pre-motion conference by telephone. Should the Court be able to accommodate us in this request, counsel for the parties would be available by telephone on August 6, August 8, and August 9 at the times specified in Mr. Ovalles' e-mail.

Thank you for your consideration.

Respectfully,

Eric J. Lobenfeld

cc:  James B. Kobak (via e-mail)
     William T. Bisset (via e-mail)
     Steven J. Routh (via e-mail)