UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DISCOVISION ASSOCIATES,  :
 :
        Plaintiff,  :
 :
    v.  :    07 CIV 6348 (PAC)
 :
FUJI PHOTO FILM CO., LTD., FUJIFILM U.S.A.,: 
INC., FUJIFILM RECORDING MEDIA MFG.  :    **NOTICE OF MOTION**
U.S.A., INC., FUJI MAGNETICS GMBH,  :
 :
        Defendants.  :
------------------------------------------------------------x




      PLEASE TAKE NOTICE THAT, upon the declaration of Eric J. Lobenfeld, dated July 26, 2007, and the accompanying exhibits thereto and the proposed order admitting Steven J. Routh *pro hac vice*, I Eric J. Lobenfeld, a member of good standing of the Bar of this Court, will hereby and do move this Court before the Honorable Paul A. Crotty, at the United States Courthouse, 500 Pearl Street, New York, NY, 10007, pursuant to Local Rule 1.3(c) of the United States District Courts for the Southern and Eastern Districts of New York, for an Order admitting Steven J. Routh, attorney at Hogan & Hartson LLP, 555 Thirteenth Street, NW, Washington, DC, 20004-1109 to practice before this Court *pro hac vice* as counsel for Defendants Fuji Photo Film Co., Ltd., FUJIFILM U.S.A., Inc., and FUJIFILM Recording Media Manufacturing U.S.A., Inc.

\\\NY - 083367/000031 - 1050231 v1

Steven J. Routh is a member in good standing of the bar of the District of Columbia.

Dated: New York, NY
July 26, 2007

Respectfully submitted,

By: _____
Eric J. Lobenfeld, Esq. (EL 4560)
HOGAN & HARTSON, L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Attorneys for Defendants Fuji Photo Film Co., Ltd.,
FUJIFILM U.S.A., Inc. and FUJIFILM Recording
Media Manufacturing U.S.A., Inc.

**TO:**
James B. Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, N.Y. 10004-1482

William T. Bisset
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, Calif. 90071-3442
*Attorneys for Plaintiff*

2

\\\NY - 083367/000031 - 1050231 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
DISCOVISION ASSOCIATES,                          :
                                                 :
        Plaintiff,                              :
                                                 :
   v.                                           :   07 CIV 6348 (PAC)
                                                 :
FUJI PHOTO FILM CO., LTD., FUJIFILM U.S.A.,:
INC., FUJIFILM RECORDING MEDIA MFG.              :
U.S.A., INC., FUJI MAGNETICS GMBH,               :
                                                 :
        Defendants.                             :
---------------------------------------------------------------x

**DECLARATION OF ERIC J. LOBENFELD IN SUPPORT OF THE APPLICATION OF
STEVEN J. ROUTH FOR ADMISSION TO PRACTICE *PRO HAC VICE*__**

I, ERIC J. LOBENFELD, declare under penalty of perjury:

    1.    I am a member of the Bar of this Court and am a partner in the law firm of Hogan & Hartson LLP, counsel for Defendants Fuji Photo Film Co., Ltd.,[1] FUJIFILM U.S.A., Inc., and FUJIFILM Recording Media Manufacturing U.S.A., Inc. (collectively, "Defendants"). I make this Declaration based on my personal knowledge of the facts set forth herein and in support of the motion for an order admitting Steven J. Routh to this Court *pro hac vice* as counsel for Defendants.

    2.    I am a member in good standing of the Bar of the State of New York and was admitted to practice law in 1976. I was also admitted to the Bar of this Court on April 19, 1978, and am in good standing with this Court.

---

[1]    Pursuant to a recent corporate reorganization, the corporate name of Defendant Fuji Photo Film Co., Ltd. was changed to FUJIFILM Corporation.

3.      Mr. Routh received an undergraduate degree from University of Pennsylvania in 1979; an M.A. from the University of London in 1980 and a J.D. from Harvard Law School in 1983. Mr. Routh has been admitted to practice law and is a member in good standing of the bar of the District of Columbia. Attached as Exhibit A is a certificate of good standing from the District of Columbia attesting that Mr. Routh was duly admitted and licensed as an attorney in 1983 and is currently an active member of the Bar in good standing.

4.      Mr. Routh has also been admitted to practice law before various District Courts and United States Courts of Appeal.

5.      I have found Mr. Routh to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I respectfully submit a proposed order granting the admission of Steven J. Routh, *pro hac vice*, which is attached here to as Exhibit B.

Dated: New York, NY
       July 26, 2007

Respectfully submitted,

By: _____
Eric J. Lobenfeld, Esq. (EL 4560)
HOGAN & HARTSON, L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Attorneys for Defendants Fuji Photo Film Co., Ltd., FUJIFILM U.S.A., Inc. and FUJIFILM Recording Media Manufacturing U.S.A., Inc.

\\\NY - 083367/000031 - 1050232 v1



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

STEVEN J. ROUTH

was on the 19TH day of DECEMBER, 1983, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 23, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DISCOVISION ASSOCIATES,                        :
                                               :
           Plaintiff,                      :
                                               :
    v.                                       :   07 CIV 6348 (PAC)
                                               :
FUJI PHOTO FILM CO., LTD., FUJIFILM U.S.A.,:
INC., FUJIFILM RECORDING MEDIA MFG.            :   **ORDER ADMITTING**
U.S.A., INC., FUJI MAGNETICS GMBH,             :   **STEVEN J. ROUTH TO**
                                               :   **PRACTICE *PRO HAC VICE***
           Defendants.                     :
------------------------------------------------------------x

    Upon the motion of Eric J. Lobenfeld, attorney for Defendants Fuji Photo Film Co., Ltd., FUJIFILM U.S.A., Inc., and FUJIFILM Recording Media Manufacturing U.S.A., Inc and his declaration in support;

    IT IS ORDERED that Steven J. Routh, attorney for Hogan & Hartson LLP, 555 Thirteenth Street, NW, Washington, DC, 20004-1109 is hereby admitted *pro hac vice* as counsel for Defendants Fuji Photo Film Co., Ltd., FUJIFILM U.S.A., Inc., and FUJIFILM Recording Media Manufacturing U.S.A., Inc. in the above-captioned case in the United States District Court for the Southern District of New York

Dated _____

                                                                                              Hon. Paul A. Crotty
                                                                                              United States District Judge

## CERTIFICATE OF SERVICE

I, Rachel F. Strom, hereby certify that on July 26, 2007, I caused a true and correct copy of the Notice of Motion, Declaration of Eric J. Lobenfeld in Support of the Application of Steven J. Routh for Admission to Practice *Pro Hac Vice* and the accompanying exhibits thereto and the Proposed Order Admitting Steven J. Routh to Practice *Pro Hac Vice*, to be served via Federal Express upon:

James B. Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, N.Y. 10004-1482

William T. Bisset
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, Calif. 90071-3442
*Attorneys for Plaintiff*

Dated: July 26, 2007

RACHEL F. STROM (RS 9666)

\\\NY - 083367/000031 - 1050234 v1