UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DISCOVISION ASSOCIATES,

        Plaintiff,

v.

FUJI PHOTO FILM CO., LTD., FUJIFILM U.S.A.,
INC., FUJIFILM RECORDING MEDIA MFG.
U.S.A., INC., FUJI MAGNETICS GMBH,

        Defendants.

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 8 2007

07 CIV 6348 (PAC)

**ORDER ADMITTING
STEVEN J. ROUTH TO
PRACTICE *PRO HAC VICE***

    Upon the motion of Eric J. Lobenfeld, attorney for Defendants Fuji Photo Film Co., Ltd., FUJIFILM U.S.A., Inc., and FUJIFILM Recording Media Manufacturing U.S.A., Inc and his declaration in support;

    IT IS ORDERED that Steven J. Routh, attorney for Hogan & Hartson LLP, 555 Thirteenth Street, NW, Washington, DC, 20004-1109 is hereby admitted *pro hac vice* as counsel for Defendants Fuji Photo Film Co., Ltd., FUJIFILM U.S.A., Inc., and FUJIFILM Recording Media Manufacturing U.S.A., Inc. in the above-captioned case in the United States District Court for the Southern District of New York

Dated  August 8, 407

                                                    Hon. Paul A. Crotty
                                                   United States District Judge