UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISCOVISION ASSOCIATES,

        Plaintiff,

v.

FUJI PHOTO FILM CO., LTD., a Japanese corporation; FUJIFILM U.S.A., INC., a New York corporation; FUJIFILM RECORDING MEDIA MANUFACTURING U.S.A., INC., a Delaware corporation; and FUJI MAGNETICS GMBH, a German corporation,

        Defendants.

Index No.: 07-Civ.-6348 (PAC)

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND**

---

IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their respective undersigned counsel of record, that the briefing and hearing schedule on Plaintiff's motion to remand shall be as follows:

| | |
|---|---|
| August 30, 2007 | Moving Papers Due |
| September 26, 2007 | Opposition Papers Due |
| October 12, 2007 | Reply Papers Due |
| October 19, 2007 11:00 a.m. | Hearing on Motion |

All papers shall be served and filed electronically.

                HUGHES HUBBARD & REED LLP

                William T. Bisset
                350 South Grand Avenue
                36th Floor
                Los Angeles, California 90071-3442
                Tel: (213) 613-2881
                Fax: (213) 613-2950
                email: bisset@hugheshubbard.com

                HUGHES HUBBARD & REED LLP

                James B. Kobak
                One Battery Park Plaza
                New York, New York 10004-1482
                Tel: (212) 837-6757
                Fax: (212) 422-4726
                email: kobak@hugheshubbard.com

Dated:  August 8, 2007    By: _/s/ William T. Bisset_
                   William T. Bisset
                   Attorneys for Plaintiff

                HOGAN & HARTSON, L.L.P.

                Steven J. Routh
                555 Thirteenth Street, N.W.
                Washington, D.C. 20004-1109
                Tel: (202) 637-6472
                Fax: (202) 637-5910
                email: SJRouth@hhlaw.com

HOGAN & HARTSON, L.L.P.

Eric J. Lobenfeld
875 Third Avenue
New York, New York 10022
Tel: (212) 918-8202
Fax: (212) 918-3100
email: EJLobenfeld@hhlaw.com

Dated:    August 𝒯, 2007            By: _____
                                         Steven J. Routh
                                         Attorneys for Defendants

ORDER

IT IS SO ORDERED.

_____
Paul A. Crotty
United States District Judge