UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISCOVISION ASSOCIATES,

                          Plaintiff,                    Index No.:  07-Civ.-6348 (PAC)

          v.                                            **PLAINTIFF'S RULE 7.1
                                                        STATEMENT**
FUJI PHOTO FILM CO., LTD., a Japanese
corporation; FUJIFILM U.S.A., INC., a New
York corporation; FUJIFILM RECORDING
MEDIA MANUFACTURING U.S.A., INC., a
Delaware corporation; and FUJI MAGNETICS
GMBH, a German corporation,

                          Defendants.

          Pursuant to Federal Rule of Civil Procedure 7.1 [formerly General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for plaintiff Discovision Associates (a private non-

governmental party) certifies that the following are corporate parents, affiliates and/or

subsidiaries of said party, which are publicly held:  Pioneer Corporation.


Dated:  August 9, 2007

                                        _____
                                        Signature of Attorney
                                        Attorney Bar Code:  WB5817


40000634_1.DOC

## DECLARATION OF SERVICE BY MAIL

The undersigned declares:

I am, and was at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years and not a party to this action or proceeding. My business address is 350 South Grand Avenue, 36th Floor, Los Angeles, California 90071, which is located in the county where the mailing described below took place. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business. On August _9_, 2007 at my place of business following ordinary business practice, I placed true and correct copies of the foregoing PLAINTIFF'S RULE 7.1 STATEMENT for collection and mailing on that date with the U.S. Postal Service, in sealed envelopes, with postage fully prepaid, addressed as follows:

Steven J. Routh
Hogan & Hartson, L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Eric J. Lobenfeld
Hogan & Hartson, L.L.P.
875 Third Avenue
New York, New York 10022

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California, this _9_ th day of August 2007.

_Diane J. Baroudi_