```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 0 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISCOVISION ASSOCIATES,

        Plaintiff,

v.

FUJI PHOTO FILM CO., LTD., a Japanese corporation; FUJIFILM U.S.A., INC., a New York corporation; FUJIFILM RECORDING MEDIA MANUFACTURING U.S.A., INC., a Delaware corporation; and FUJI MAGNETICS GMBH, a German corporation,

        Defendants.

---

Index No.: 07-Civ.-6348 (PAC)

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND

IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their respective undersigned counsel of record, that the briefing and hearing schedule on Plaintiff's motion to remand shall be as follows:

| | |
|---|---|
| August 30, 2007 | Moving Papers Due |
| September 26, 2007 | Opposition Papers Due |
| October 12, 2007 | Reply Papers Due |
| October 19, 2007 11:00 a.m. | Hearing on Motion |

40000603_1.DOC

All papers shall be served and filed electronically.

        HUGHES HUBBARD & REED LLP

        William T. Bisset
        350 South Grand Avenue
        36th Floor
        Los Angeles, California 90071-3442
        Tel: (213) 613-2881
        Fax: (213) 613-2950
        email: bisset@hugheshubbard.com

        HUGHES HUBBARD & REED LLP

        James B. Kobak
        One Battery Park Plaza
        New York, New York 10004-1482
        Tel: (212) 837-6757
        Fax: (212) 422-4726
        email: kobak@hugheshubbard.com

Dated: August 8, 2007        By: _/s/ William T. Bisset_
        William T. Bisset
        Attorneys for Plaintiff

        HOGAN & HARTSON, L.L.P.

        Steven J. Routh
        555 Thirteenth Street, N.W.
        Washington, D.C. 20004-1109
        Tel: (202) 637-6472
        Fax: (202) 637-5910
        email: SJRouth@hhlaw.com

40000603_1.DOC

HOGAN & HARTSON, L.L.P.

Eric J. Lobenfeld
875 Third Avenue
New York, New York 10022
Tel: (212) 918-8202
Fax: (212) 918-3100
email: EJLobenfeld@hhlaw.com

Dated:   August __, 2007    By: _____
Steven J. Routh
Attorneys for Defendants

ORDER

IT IS SO ORDERED.

AUG 2 0 2007

_____
Paul A. Crotty
United States District Judge

-3-

40000603_1.DOC