UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISCOVISION ASSOCIATES<br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FUJI PHOTO FILM CO., et. al,<br>　　　　　　　Defendants | CERTIFICATE OF MAILING<br><br><br><br>07 CV 6348 (PAC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 23rd Day of August, 2007

I served the

Third Party Summons & Third Party Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 1st Day of August, 2007

by mailing via DHL Worldwide Express, scheduled for pick up at 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

### 781 0345 395

*J. Michael McMahon*
　　　　　　　　　　　　　　CLERK

Dated: New York, NY

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

August 21, 2007

Steven J. Routh
Partner
202-637-6472
sjrouth@hhlaw.com

**BY HAND DELIVERY**

J. Michael McMahon
Clerk of the Court

