UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISCOVISION ASSOCIATES<br>                        Plaintiff,<br><br>v.<br><br>FUJI PHOTO FILM CO., et. al,<br><br>                        Defendants | CERTIFICATE OF MAILING<br><br><br>07 CV 6348 (PAC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**23rd Day of August, 2007**

I served the

Third Party Summons & Third Party Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**1st Day of August, 2007**

by mailing via DHL Worldwide Express, scheduled for pick up at 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**781 0345 384**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

August 21, 2007

Steven J. Routh
Partner
202-637-6472
sjrouth@hhlaw.com

**BY HAND DELIVERY**

J. Michael McMahon
Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

---

**DHL EXPRESS** — INTERNATIONAL SHIPMENT WAYBILL (Non-negotiable)

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

Waybill No.: 781 0345 384

**1. Payer account number and shipment value protection details**
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No: _____
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
Payment: ☐ Cash ☐ Check ☐ Credit Card
Not all payment options are available in all countries.

**2. From (Shipper)**
Shipper's Account Number / Contact Name
Shipper's Reference (up to 35 characters)
Company Name
Address
Post/ZIP Code (required) / Phone, Fax, or E-mail (required)

**3. To (Receiver)**
Company Name
Contact Person
Delivery Address (DHL Cannot Deliver to a PO Box)
Country
Post/ZIP Code (required) / Phone, Fax, or E-mail (required)

**4. Shipment Details**
Total number of packages / Total Weight (If DHL Express Document packaging used, enter XD) / Dimensions (in inches): Pieces, Length, Width, Height

**5. Full Description of Contents**
Give Content and Quantity

**6. Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) / Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) (as on commercial/proforma invoice) / Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER / TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes. If left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other _____
The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7. Shipper's Authorization (signature required)**
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.
Signature (required) / Date / /

**8. Products & Services**
☒ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other
Service Options (extra charges may apply):
☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☒ Signature Required
Global Mail:
☐ Int Priority ☐ Int Standard ☐ IPA ☐ ISAL
☐ Dom Priority ☐ Dom Standard

ORIGIN: _____
DESTINATION CODE: _____
DIMENSIONAL/CHARGEABLE WEIGHT: ____ lbs
SERVICES / CHARGES
Drop Box # / TOTAL
TRANSPORT COLLECT STICKER No.
PAYMENT DETAILS (Check, Card No.)
No.:
Type / Expires
Auth.
PICKED UP BY
Route No.
Time / Date

Shipper's Copy

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324