UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISCOVISION ASSOCIATES
Plaintiff,

v.

FUJI PHOTO FILM CO., et. al,

Defendants

**CERTIFICATE OF MAILING**




07 CV 6348 (PAC)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**23rd Day of August, 2007**

I served the

Third Party Summons & Third Party Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**1st Day of August, 2007**

by mailing via DHL Worldwide Express, scheduled for pick up at 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**781 0345 373**

J. Michael McMahon
CLERK

Dated: New York, NY

HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

August 21, 2007

Steven J. Routh
Partner
202-637-6472
sjrouth@hhlaw.com

**BY HAND DELIVERY**

J. Michael McMahon
Clerk of the Court

DHL EXPRESS

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

781 0345 373

ORIGIN | DESTINATION CODE

7810345373

**1 Payer account number and shipment value protection details**

Charge to ☑ Shipper ☐ Receiver ☐ 3rd Party ☐ Cash ☐ Check ☐ Credit Card

Payer Account No.

**Shipment Value Protection** *(see reverse)*

☐ *Yes Declared Value for Carriage (in US $)*

*Not all payment options are available in all countries*

**2 From (Shipper)**

Shipper's Account Number | Contact Name

Shipper's Reference *(up to 35 characters)*

Company Name

Address

Post/ZIP Code (required) | Phone, Fax, or E-mail (required)

**3 To (Receiver)**

Company Name

Contact Person

Delivery Address *DHL Cannot Deliver to a PO Box*

Country

Post/ZIP Code (required) | Phone, Fax, or E-mail (required)

**4 Shipment Details**

| Total number of packages | Total Weight If DHL Express Document packaging used, enter XD. | Pieces | Length | Width | Height |
|---|---|---|---|---|---|
| | | @ | x | x | |
| | | @ | x | x | |
| | lbs | @ | x | x | |

**5 Full Description of Contents**

Give Content and Quantity

**6 Dutiable Shipments Only (Customs requirement)**

***Attach the original and four copies of a Proforma or Commercial Invoice.***

*Export License No./Symbol (if applicable)* | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $) *(as on commercial/proforma invoice)* | *Schedule B Number / Harmonized Code (if applicable)*

AES TRANSACTION NUMBER | TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary

*Destination Duties/Taxes If left blank, Receiver pays duties/taxes.*

☐ Receiver ☐ Shipper ☐ *Other* ........ *Specify approved account number*

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**

*I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH*

Signature (required) Date / /

**8 Products & Services**

Not all products or service options are available to/from all locations.

☑ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other

**Service Options** (extra charges may apply)

☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☑ Signature Required
Other

**Global Mail**

☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard
Other

**DIMENSIONAL/CHARGEABLE WEIGHT** lbs

| SERVICES | CHARGES |
|---|---|
| Drop Box # | TOTAL |

**TRANSPORT COLLECT STICKER No.**

**PAYMENT DETAILS (Check, Card No.)**
No.:
Type Expires
Auth.

**PICKED UP BY**
Route No.
Time Date

© 2002