UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISCOVISION ASSOCIATES,

        Plaintiff,

v.

FUJI PHOTO FILM CO., LTD., a Japanese corporation; FUJIFILM U.S.A., INC., a New York corporation; FUJIFILM RECORDING MEDIA MANUFACTURING U.S.A., INC., a Delaware corporation; and FUJI MAGNETICS GMBH, a German corporation,

        Defendants.

Index No.: 07-Civ.-6348 (PAC)

**NOTICE OF MOTION FOR REMAND**

    PLEASE TAKE NOTICE upon the accompanying Plaintiff's Memorandum Of Law In Support Of Motion To Remand and Declaration of Robert T. Braun, the undersigned counsel for plaintiff Discovision Associates ("DVA") will move before the Honorable Paul A. Crotty, United States District Judge, United States Courthouse, Southern District of New York, 40 Centre Street, Room 1205, New York, New York, 10007, for an order pursuant to 28 U.S.C.

40000825_1.DOC

§§ 1441, 1446, and 1447 remanding this action to the Supreme Court of the State of New York, County of New York, Index No. 601859/07.

Dated:   Los Angeles, California
         August 30, 2007

                HUGHES HUBBARD & REED LLP

                William T. Bisset
                350 South Grand Avenue
                36th Floor
                Los Angeles, California  90071-3442
                Tel:  (213) 613-2881
                Fax:  (213) 613-2950
                email:  bisset@hugheshubbard.com

                HUGHES HUBBARD & REED LLP

                James B. Kobak
                One Battery Park Plaza
                New York, New York  10004-1482
                Tel:  (212) 837-6757
                Fax:  (212) 422-4726
                email:  kobak@hugheshubbard.com

By _____
                William T. Bisset
                Attorneys for DVA

## DECLARATION OF SERVICE BY FEDERAL EXPRESS

The undersigned declares:

I am, and was at all times herein mentioned, a citizen of the United States, a resident of the County of Los Angeles, over the age of 18 years and not a party to this proceeding. My business address is 350 South Grand Avenue, 36th Floor, Los Angeles, California 90071, and I am employed in the office of a member of the bar of this Court, at whose direction the service described herein was made. On August 30, 2007, I served the foregoing **NOTICE OF MOTION FOR REMAND** by sending true copies thereof via Federal Express, Priority Overnight Service, all fees prepaid by sender, addressed as follows:

Steven J. Routh  
Hogan & Hartson, L.L.P.  
555 Thirteenth Street, N.W.  
Washington, D.C. 20004-1109

Eric J. Lobenfeld  
Hogan & Hartson, L.L.P.  
875 Third Avenue  
New York, New York 10022

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California, this 30th day of August 2007.

_____
*[signature]*

40000825_1.DOC