FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| AUSTRALIA | 544,958 |
|  | 544,959 |
|  | 545,091 |
|  | 545,092 |
|  | 545,167 |
|  | 545,332 |
|  | 545,401 |
|  | 545,472 |
|  | 545,510 |
|  | 545,917 |
|  | 546,765 |
|  | 546,766 |
|  | 549,334 |
|  | 555,000 |
|  | 562,709 |
|  | 562,979 |
|  | 564,445 |
|  | 573,127 |
|  | 573,128 |
|  | 575,453 |
| AUSTRIA | 0,007,199 |
|  | 0,007,200 |
|  | 0,011,493 |
|  | 0,011,495 |
|  | 0,015,141 |
|  | 0,017,433 |
|  | 0,018,210 |
|  | 0,019,924 |
|  | 0,022,313 |
|  | 0,025,277 |
|  | 0,044,073 |
|  | 0,044,074 |
|  | 0,046,000 |
|  | 0,050,365 |
|  | 0,050,366 |
|  | 0,050,368 |
|  | 0,050,369 |
|  | 0,051,252 |
|  | 0,051,253 |
|  | 0,051,283 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

# APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| AUSTRIA | 0,051,285 |
|  | 0,051,286 |
|  | 0,054,771 |
|  | 0,062,465 |
|  | 0,066,649 |
|  | 0,066,650 |
|  | 0,072,378 |
|  | 0,074,115 |
|  | 0,075,042 |
|  | 0,075,043 |
|  | 0,078,060 |
|  | 0,081,649 |
|  | 0,083,686 |
|  | 0,084,777 |
|  | 0,084,778 |
|  | 0,085,297 |
|  | 0,087,795 |
|  | 0,092,166 |
|  | 0,103,892 |
|  | 0,105,130 |
|  | 0,108,960 |
|  | 0,109,547 |
|  | 0,113,425 |
|  | 0,113,426 |
|  | 0,116,135 |
|  | 0,117,908 |
|  | 0,117,910 |
|  | 0,181,436 |
|  | 0,181,648 |
|  | 0,182,021 |
|  | 0,213,603 |
|  | 0,240,678 |
|  | 0,347,710 |
|  | E 048,335 |
|  | E 049,076 |
|  | E 049,674 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

# APPENDIX A
# DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| BELGIUM | 0,004,476 |
| | 0,007,199 |
| | 0,007,200 |
| | 0,011,493 |
| | 0,011,495 |
| | 0,015,141 |
| | 0,017,433 |
| | 0,018,210 |
| | 0,022,313 |
| | 0,025,277 |
| | 0,035,288 |
| | 0,044,073 |
| | 0,044,074 |
| | 0,044,121 |
| | 0,045,117 |
| | 0,046,000 |
| | 0,050,365 |
| | 0,050,366 |
| | 0,051,252 |
| | 0,051,253 |
| | 0,051,283 |
| | 0,051,285 |
| | 0,062,465 |
| | 0,066,649 |
| | 0,066,650 |
| | 0,072,378 |
| | 0,075,042 |
| | 0,075,043 |
| | 0,078,060 |
| | 0,081,649 |
| | 0,083,686 |
| | 0,084,777 |
| | 0,084,778 |
| | 0,087,795 |
| | 0,092,166 |
| | 0,092,167 |
| | 0,092,168 |
| | 0,092,169 |
| | 0,103,892 |
| | 0,105,130 |
| | 0,113,425 |
| | 0,113,426 |
| | 0,116,135 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| BELGIUM | 0,117,908 |
|  | 0,117,910 |
|  | 0,181,436 |
|  | 0,182,021 |
|  | 0,213,603 |
|  | 0,240,678 |
|  | 0,824,078 |
|  | 0,833,744 |
|  | 0,871,710 |
| BRAZIL | 7,500,847E |
|  | 7,506,287E |
|  | 7,807,088E |
|  | 7,807,136E |
|  | 7,900,180E |
|  | 7,900,181E |
|  | 7,907,411 |
|  | 7,907,412 |
|  | 7,907,413 |
|  | 7,908,588 |
|  | 7,908,589 |
|  | 7,908,590 |
|  | 7,908,591 |
|  | 8,000,903 |
|  | 8,001,979 |
|  | 8,002,296 |
|  | 8,003,593 |
|  | 8,005,202 |
|  | 8,005,255 |
|  | 8,103,377 |
|  | 8,104,816 |
|  | 8,104,924 |
|  | 8,104,925 |
|  | 8,104,926 |
|  | 8,104,927 |
|  | 8,104,928 |
|  | 8,106,957 |
|  | 8,106,959 |
|  | 8,106,960 |
|  | 8,106,961 |
|  | 8,106,962 |
|  | 8,106,963 |
|  | 8,106,964 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| BRUNEI | 71/93 |
|  | 72/93 |
|  | 73/93 |
|  | 74/93 |
|  | 75/93 |
|  | 76/93 |
|  | 77/93 |
| CANADA | 0,818,664E |
|  | 0,833,100E |
|  | 0,855,301E |
|  | 0,855,302E |
|  | 0,881,043E |
|  | 0,918,292E |
|  | 0,984,191E |
|  | 1,004,355E |
|  | 1,012,643E |
|  | 1,013,854E |
|  | 1,022,677 |
|  | 1,029,546 |
|  | 1,031,271 |
|  | 1,031,458 |
|  | 1,032,806 |
|  | 1,033,060 |
|  | 1,033,206 |
|  | 1,038,960 |
|  | 1,038,961 |
|  | 1,039,999 |
|  | 1,050,163 |
|  | 1,054,704 |
|  | 1,055,157 |
|  | 1,055,605 |
|  | 1,057,397 |
|  | 1,057,398 |
|  | 1,057,399 |
|  | 1,066,411 |
|  | 1,066,412 |
|  | 1,066,413 |
|  | 1,066,414 |
|  | 1,067,206 |
|  | 1,069,213 |
|  | 1,069,214 |
|  | 1,069,215 |

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| CANADA | 1,070,261 |
| | 1,070,834 |
| | 1,071,768 |
| | 1,073,100 |
| | 1,102,973 |
| | 1,116,748 |
| | 1,119,032 |
| | 1,120,152 |
| | 1,120,298 |
| | 1,124,387 |
| | 1,124,394 |
| | 1,124,395 |
| | 1,124,468 |
| | 1,125,434 |
| | 1,127,758 |
| | 1,132,255 |
| | 1,132,256 |
| | 1,132,257 |
| | 1,133,129 |
| | 1,133,130 |
| | 1,136,270 |
| | 1,136,279 |
| | 1,140,675 |
| | 1,142,005 |
| | 1,142,644 |
| | 1,142,645 |
| | 1,143,061 |
| | 1,143,062 |
| | 1,143,517 |
| | 1,143,834 |
| | 1,145,463 |
| | 1,145,464 |
| | 1,145,844 |
| | 1,147,057 |
| | 1,147,463 |
| | 1,147,858 |
| | 1,147,860 |
| | 1,149,062 |
| | 1,150,833 |
| | 1,150,834 |
| | 1,150,835 |
| | 1,150,836 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| CANADA | 1,151,769 |
|  | 1,153,468 |
|  | 1,155,219 |
|  | 1,155,546 |
|  | 1,155,548 |
|  | 1,158,815 |
|  | 1,159,150 |
|  | 1,160,009 |
|  | 1,163,408 |
|  | 1,163,489 |
|  | 1,163,490 |
|  | 1,165,613 |
|  | 1,168,008 |
|  | 1,168,408 |
|  | 1,169,611 |
|  | 1,172,749 |
|  | 1,173,304 |
|  | 1,179,052 |
|  | 1,186,570 |
|  | 1,189,964 |
|  | 1,191,597 |
|  | 1,194,595 |
|  | 1,200,596 |
|  | 1,207,438 |
|  | 1,220,271 |
| DENMARK | 146,669 |
|  | 153,609 |
|  | 153,610 |
|  | 158,288 |
| FRANCE | 0,004,476 |
|  | 0,007,199 |
|  | 0,007,200 |
|  | 0,011,493 |
|  | 0,011,495 |
|  | 0,012,603 |
|  | 0,015,141 |
|  | 0,017,433 |
|  | 0,018,210 |
|  | 0,019,924 |
|  | 0,021,783 |

APPENDIX A
Page 8 of 36

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| FRANCE | 0,022,313 |
| | 0,025,277 |
| | 0,035,288 |
| | 0,044,073 |
| | 0,044,074 |
| | 0,044,121 |
| | 0,045,117 |
| | 0,046,000 |
| | 0,050,365 |
| | 0,050,366 |
| | 0,050,368 |
| | 0,050,369 |
| | 0,051,252 |
| | 0,051,253 |
| | 0,051,283 |
| | 0,051,285 |
| | 0,051,286 |
| | 0,054,771 |
| | 0,062,465 |
| | 0,066,649 |
| | 0,066,650 |
| | 0,072,378 |
| | 0,074,115 |
| | 0,075,042 |
| | 0,075,043 |
| | 0,078,060 |
| | 0,081,649 |
| | 0,081,786 |
| | 0,083,686 |
| | 0,084,777 |
| | 0,084,778 |
| | 0,085,297 |
| | 0,087,795 |
| | 0,092,166 |
| | 0,092,167 |
| | 0,092,168 |
| | 0,092,169 |
| | 0,095,715 |
| | 0,103,892 |
| | 0,105,130 |
| | 0,108,960 |
| | 0,109,547 |
| | 0,113,425 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

# APPENDIX A
# DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| FRANCE | 0,113,426 |
|  | 0,116,135 |
|  | 0,117,908 |
|  | 0,117,910 |
|  | 0,181,436 |
|  | 0,181,648 |
|  | 0,182,021 |
|  | 0,213,603 |
|  | 0,240,678 |
|  | 1,541,577E |
|  | 1,550,598E |
|  | 1,601,186E |
|  | 7,337,794E |
|  | 7,337,795E |
|  | 7,337,796E |
|  | 7,401,660E |
|  | 7,433,062 |
|  | 7,434,629 |
|  | 7,509,070 |
|  | 7,529,270 |
|  | 7,604,926 |
|  | 7,824,956E |
|  | 7,824,957E |
|  | 7,824,958E |
|  | 7,824,959E |
|  | 7,824,960E |
|  | 7,828,020 |
|  | 7,828,021 |
|  | 7,828,022 |
|  | 7,830,375 |
|  | 7,836,730E |
|  | 7,836,731E |
|  | 7,836,732E |
|  | 7,836,733E |
|  | 7,836,734E |
|  | 7,836,735E |
| GERMANY | 1,524,850E |
|  | 1,537,141E |
|  | 1,904,920E |
|  | 2,353,073E |
|  | 2,353,109E |
|  | 2,353,127E |

APPENDIX A
Page 10 of 36

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| GERMANY | 2,366,083E |
|  | 2,403,408E |
|  | 2,443,020E |
|  | 2,443,077E |
|  | 2,443,108E |
|  | 2,462,056E |
|  | 2,462,514E |
|  | 2,462,831E |
|  | 2,462,834E |
|  | 2,463,376E |
|  | 2,512,321E |
|  | 2,541,520E |
|  | 2,603,888E |
|  | 2,838,634 |
|  | 2,911,740 |
|  | 2,911,859 |
|  | 2,954,510 |
|  | 2,963,401 |
|  | 2,966,730 |
|  | 2,966,878 |
|  | 2,967,217 |
|  | 2,967,478 |
|  | 2,967,500 |
|  | 2,967,511 |
|  | 2,967,537 |
|  | 2,967,646 |
|  | 2,967,691 |
|  | 2,967,703 |
|  | 3,062,855 |
|  | 3,067,923 |
|  | 3,068,948 |
|  | 3,069,962 |
|  | 3,070,196 |
|  | 3,071,241 |
|  | 3,071,926 |
|  | 3,166,473 |
|  | 3,167,749 |
|  | 3,167,931 |
|  | 3,168,072 |