FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| GERMANY | 3,171,253 |
| | 3,172,162 |
| | 3,173,659 |
| | 3,173,665 |
| | 3,174,257 |
| | 3,174,258 |
| | 3,174,521 |
| | 3,175,746 |
| | 3,175,933 |
| | 3,175,941 |
| | 3,176,346 |
| | 3,176,773 |
| | 3,177,126 |
| | 3,177,182 |
| | 3,177,187 |
| | 3,177,188 |
| | 3,265,008 |
| | 3,270,640 |
| | 3,272,153 |
| | 3,275,135 |
| | 3,276,896 |
| | 3,276,995 |
| | 3,277,281 |
| | 3,277,997 |
| | 3,279,010 |
| | 3,279,157 |
| | 3,279,315 |
| | 3,362,825 |
| | 3,370,534 |
| | 3,373,347 |
| | 3,380,466 |
| | 3,380,473 |
| | 3,380,914 |
| | 3,381,030 |
| | 3,381,125 |
| | 3,381,694 |
| | 3,381,721 |
| | 3,382,082 |
| | 3,382,129 |
| | 3,382,402 |
| | 3,382,416 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| GREAT BRITAIN | 0,004,476 |
| | 0,007,199 |
| | 0,007,200 |
| | 0,011,493 |
| | 0,011,495 |
| | 0,012,603 |
| | 0,015,141 |
| | 0,017,433 |
| | 0,018,210 |
| | 0,019,924 |
| | 0,021,783 |
| | 0,022,313 |
| | 0,025,277 |
| | 0,035,288 |
| | 0,044,073 |
| | 0,044,074 |
| | 0,044,121 |
| | 0,045,117 |
| | 0,046,000 |
| | 0,050,365 |
| | 0,050,366 |
| | 0,050,368 |
| | 0,050,369 |
| | 0,051,252 |
| | 0,051,253 |
| | 0,051,283 |
| | 0,051,285 |
| | 0,051,286 |
| | 0,054,771 |
| | 0,062,465 |
| | 0,066,649 |
| | 0,066,650 |
| | 0,072,378 |
| | 0,074,115 |
| | 0,075,042 |
| | 0,075,043 |
| | 0,078,060 |
| | 0,081,649 |
| | 0,081,786 |
| | 0,083,686 |
| | 0,084,777 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| GREAT BRITAIN | 0,084,778 |
| | 0,085,297 |
| | 0,087,795 |
| | 0,092,166 |
| | 0,092,167 |
| | 0,092,168 |
| | 0,092,169 |
| | 0,095,715 |
| | 0,103,892 |
| | 0,105,130 |
| | 0,108,960 |
| | 0,109,547 |
| | 0,113,425 |
| | 0,113,426 |
| | 0,116,135 |
| | 0,117,908 |
| | 0,117,910 |
| | 0,181,436 |
| | 0,181,648 |
| | 0,182,021 |
| | 0,213,603 |
| | 0,240,678 |
| | 1,153,810E |
| | 1,214,340E |
| | 1,251,851E |
| | 1,448,239E |
| | 1,453,444E |
| | 1,456,995E |
| | 1,456,996E |
| | 1,462,791E |
| | 1,462,792E |
| | 1,483,161 |
| | 1,489,774 |
| | 1,489,775 |
| | 1,489,776 |
| | 1,489,777 |
| | 1,493,113 |
| | 1,493,114 |
| | 1,493,115 |
| | 1,502,292 |
| | 1,532,545 |
| | 2,006,666 |
| | 2,060,471 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| HONG KONG | 1986/422 |
| | 1986/423 |
| | 1986/491 |
| | 1986/493 |
| | 1986/495 |
| | 1986/499 |
| | 1986/500 |
| | 1986/501 |
| | 1986/503 |
| | 1986/509 |
| | 1986/510 |
| | 1986/511 |
| | 1986/513 |
| | 1986/514 |
| | 1986/515 |
| | 1986/516 |
| | 1986/517 |
| | 1986/716 |
| | 1989/025 |
| | 1989/180 |
| | 1989/181 |
| | 1989/350 |
| | 1989/465 |
| | 1989/484 |
| | 1989/485 |
| | 1989/486 |
| | 1989/725 |
| | 1989/726 |
| | 1991/145 |
| | 1991/154 |
| | 1991/155 |
| | 1991/156 |
| | 1991/157 |
| | 1991/158 |
| | 1991/159 |
| | 1991/160 |
| | 1991/178 |
| | 1991/179 |
| | 1991/180 |
| | 1991/181 |
| | 1991/182 |

APPENDIX A
Page 15 of 36

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| HONG KONG | 1991/183 |
| | 1991/207 |
| | 1991/208 |
| | 1991/209 |
| | 1991/210 |
| | 1991/211 |
| | 1991/269 |
| | 1991/270 |
| | 1991/272 |
| | 1991/273 |
| | 1991/298 |
| | 1991/299 |
| | 1991/300 |
| | 1991/463 |
| | 1991/500 |
| | 1991/583 |
| | 1991/798 |
| | 1991/799 |
| | 1992/344 |
| | 1992/345 |
| | 1992/346 |
| | 1993/388 |
| | 1993/389 |
| ITALY | 0,004,476 |
| | 0,007,199 |
| | 0,007,200 |
| | 0,011,493 |
| | 0,011,495 |
| | 0,015,141 |
| | 0,017,433 |
| | 0,018,210 |
| | 0,021,783 |
| | 0,022,313 |
| | 0,025,277 |
| | 0,035,288 |
| | 0,044,073 |
| | 0,044,074 |
| | 0,044,121 |
| | 0,045,117 |
| | 0,046,000 |
| | 0,050,365 |
| | 0,050,366 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

# APPENDIX A
# DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| ITALY | 0,051,252 |
| | 0,051,253 |
| | 0,051,283 |
| | 0,051,285 |
| | 0,062,465 |
| | 0,066,649 |
| | 0,066,650 |
| | 0,072,378 |
| | 0,074,115 |
| | 0,075,042 |
| | 0,075,043 |
| | 0,078,060 |
| | 0,081,649 |
| | 0,083,686 |
| | 0,084,777 |
| | 0,084,778 |
| | 0,085,297 |
| | 0,087,795 |
| | 0,092,166 |
| | 0,092,167 |
| | 0,092,168 |
| | 0,092,169 |
| | 0,095,715 |
| | 0,103,892 |
| | 0,105,130 |
| | 0,108,960 |
| | 0,113,425 |
| | 0,113,426 |
| | 0,116,135 |
| | 0,117,908 |
| | 0,117,910 |
| | 0,181,436 |
| | 0,181,648 |
| | 0,182,021 |
| | 0,213,603 |
| | 0,240,678 |
| | 0,814,624E |
| | 0,817,825E |
| | 0,994,433E |
| | 0,994,434E |
| | 0,994,435E |
| | 1,008,245E |

APPENDIX A
Page 17 of 36

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| ITALY | 1,019,433 |
| | 1,023,134 |
| | 1,029,616 |
| | 1,032,093 |
| | 1,047,587 |
| | 1,106,388 |
| | 1,117,449 |
| | 1,120,250 |
| | 1,157,388 |
| JAPAN | 0,633,288E |
| | 0,884,879E |
| | 0,990,535E |
| | 1,012,938E |
| | 1,031,552E |
| | 1,142,345E |
| | 1,174,051E |
| | 1,184,359 |
| | 1,220,456E |
| | 1,263,138E |
| | 1,263,139E |
| | 1,298,066 |
| | 1,345,983 |
| | 1,345,984 |
| | 1,345,985 |
| | 1,353,272 |
| | 1,385,860 |
| | 1,390,025E |
| | 1,406,250 |
| | 1,406,278 |
| | 1,409,151E |
| | 1,416,569 |
| | 1,421,160 |
| | 1,423,622E |
| | 1,425,749 |
| | 1,448,887 |
| | 1,448,903 |
| | 1,448,953 |
| | 1,452,772 |
| | 1,453,990 |
| | 1,455,017 |
| | 1,458,252E |
| | 1,464,141 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| JAPAN | 1,464,142 |
| | 1,465,755E |
| | 1,487,793E |
| | 1,487,824 |
| | 1,494,432 |
| | 1,496,251 |
| | 1,503,163 |
| | 1,504,906 |
| | 1,518,494 |
| | 1,521,588 |
| | 1,552,159 |
| | 1,554,621 |
| | 1,584,585 |
| | 1,596,022 |
| | 1,602,321 |
| | 1,610,084 |
| | 1,610,085 |
| | 1,610,797 |
| | 1,614,769 |
| | 1,624,759 |
| | 1,628,236 |
| | 1,647,144 |
| | 1,656,635 |
| | 1,663,625 |
| | 1,668,814 |
| | 1,670,392 |
| | 1,676,598 |
| | 1,685,537 |
| | 1,686,471 |
| | 1,687,656 |
| | 1,698,404 |
| | 1,705,120 |
| | 1,712,454 |
| | 1,721,944 |
| | 1,727,052 |
| | 1,748,648 |
| | 1,749,945 |
| | 1,756,638 |
| | 1,756,809 |
| | 1,762,188 |
| | 1,772,800 |
| | 1,782,778 |
| | 1,791,670 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| JAPAN | 1,800,648 |
|  | 1,808,914 |
|  | 1,831,696E |
|  | 1,844,130 |
|  | 1,844,141E |
|  | 1,846,906 |
| KOREA | 16,365 |
|  | 16,591 |
|  | 16,592 |
|  | 16,781 |
|  | 17,707 |
|  | 18,553E |
|  | 18,554E |
|  | 18,643E |
|  | 18,981 |
|  | 18,982 |
|  | 18,992 |
|  | 19,045 |
|  | 20,199 |
|  | 20,200 |
|  | 20,262 |
|  | 20,263 |
|  | 20,264 |
|  | 20,265 |
|  | 20,266 |
|  | 20,267 |
|  | 20,407 |
|  | 20,409 |
|  | 20,411 |
|  | 20,414 |
|  | 20,418 |
|  | 20,709 |
|  | 20,710 |
|  | 20,711 |
|  | 21,393 |
|  | 21,394 |
|  | 21,516 |
|  | 21,656 |
|  | 21,916 |
|  | 21,917 |
|  | 21,918 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| KOREA | 21,982 |
| | 22,386 |
| | 22,387 |
| | 22,437 |
| | 24,237 |
| | 24,358 |
| | 24,816 |
| | 24,817 |
| | 24,827 |
| | 24,828 |
| | 24,829 |
| | 24,830 |
| | 25,172 |
| | 25,184 |
| | 25,185 |
| | 25,186 |
| | 25,187 |
| | 25,263E |
| | 26,215 |
| | 26,591 |
| | 27,028 |
| | 27,039 |
| | 27,045 |
| | 27,068 |
| | 27,077 |
| | 27,501 |
| | 27,712 |
| | 27,715 |
| | 27,721 |
| | 27,722 |
| | 28,417 |
| | 28,936 |
| | 29,167 |
| | 29,172 |
| | 29,359E |
| | 29,360E |
| | 29,413 |
| | 29,994 |
| | 30,162 |
| | 31,592E |
| | 31,661 |
| | 37,062 |