FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---------|---------------|
| LUXEMBOURG | 0,007,199 |
| | 0,007,200 |
| | 0,011,493 |
| | 0,011,495 |
| | 0,015,141 |
| | 0,017,433 |
| | 0,018,210 |
| | 0,022,313 |
| | 0,025,277 |
| | 0,044,073 |
| | 0,044,074 |
| | 0,046,000 |
| | 0,050,365 |
| | 0,050,366 |
| | 0,051,252 |
| | 0,051,253 |
| | 0,051,283 |
| | 0,051,285 |
| | 0,062,465 |
| | 0,066,649 |
| | 0,066,650 |
| | 0,072,378 |
| | 0,075,042 |
| | 0,075,043 |
| | 0,078,060 |
| | 0,081,649 |
| | 0,083,686 |
| | 0,084,777 |
| | 0,084,778 |
| | 0,087,795 |
| | 0,092,166 |
| | 0,092,167 |
| | 0,092,168 |
| | 0,092,169 |
| | 0,103,892 |
| | 0,105,130 |
| | 0,113,425 |
| | 0,113,426 |
| | 0,116,135 |
| | 0,117,908 |
| | 0,117,910 |

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---------|---------------|
| LUXEMBOURG | 0,181,436 |
| | 0,182,021 |
| | 0,213,603 |
| | 0,240,678 |
| MALAYSIA | 100178-A |
| | 100333-A |
| | 102178-A |
| | 102384-A |
| | 102489-A |
| | 102490-A |
| | 102491-A |
| | 102492-A |
| | 102771-A |
| | 102772-A |
| | 102939-A |
| MALAYA ** | 1986/741 |
| | 1987/024 |
| | 1987/036 |
| | 1987/037 |
| | 1987/038 |
| | 1987/039 |
| | 1987/041 |
| | 1987/042 |
| | 1987/044 |
| | 1987/049 |
| | 1987/051 |
| | 1987/073 |
| | 1987/147 |
| | 1987/152 |
| | 1989/060 |
| | 1989/061 |
| | 1989/062 |
| | 1990/008 |
| | 1990/009 |
| | 1990/010 |
| | 1990/011 |
| | 1990/012 |

** Independent state(s) of Malaysia (selected Malaysian
patents are issued independently in all three states)

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---------|---------------|
| MALAYA ** | 1990/013 |
| | 1990/014 |
| | 1990/015 |
| | 1990/016 |
| | 1990/017 |
| | 1990/018 |
| | 1990/019 |
| SABAH ** | 1990/008 |
| | 1990/009 |
| | 1990/010 |
| | 1990/011 |
| | 1990/012 |
| | 1990/013 |
| | 1990/014 |
| | 1990/015 |
| | 1990/016 |
| | 1990/017 |
| | 1990/018 |
| | 1990/019 |
| | 1990/020 |
| SARAWAK ** | 3380 |
| | 3381 |
| | 3382 |
| | 3383 |
| | 3384 |
| | 3385 |
| | 3386 |
| | 3387 |
| | 3390 |
| | 3392 |
| | 3393 |
| | 3394 |
| | 3395 |

---

** Independent state(s) of Malaysia (selected Malaysian
patents are issued independently in all three states)

APPENDIX A
Page 24 of 36

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---------|---------------|
| MEXICO | 140,229E |
| | 141,316E |
| | 147,565E |
| | 149,614E |
| | 149,707E |
| | 149,708E |
| | 149,812E |
| | 149,813E |
| | 150,294E |
| | 151,350 |
| | 151,549 |
| | 151,800 |
| | 155,195 |
| | 156,307 |
| | 157,310 |
| NETHERLANDS | 0,004,476 |
| | 0,007,199 |
| | 0,007,200 |
| | 0,011,493 |
| | 0,011,495 |
| | 0,015,141 |
| | 0,017,433 |
| | 0,018,210 |
| | 0,022,313 |
| | 0,025,277 |
| | 0,035,288 |
| | 0,044,073 |
| | 0,044,121 |
| | 0,045,117 |
| | 0,046,000 |
| | 0,050,365 |
| | 0,050,366 |
| | 0,051,252 |
| | 0,051,253 |
| | 0,051,283 |
| | 0,051,285 |
| | 0,062,465 |
| | 0,066,649 |
| | 0,066,650 |
| | 0,072,378 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| NETHERLANDS | 0,075,042 |
| | 0,075,043 |
| | 0,078,060 |
| | 0,081,649 |
| | 0,083,686 |
| | 0,084,777 |
| | 0,084,778 |
| | 0,087,795 |
| | 0,092,166 |
| | 0,092,167 |
| | 0,092,168 |
| | 0,092,169 |
| | 0,103,892 |
| | 0,105,130 |
| | 0,113,425 |
| | 0,113,426 |
| | 0,116,135 |
| | 0,117,908 |
| | 0,117,910 |
| | 0,153,751E |
| | 0,161,956E |
| | 0,164,688E |
| | 0,165,316E |
| | 0,181,436 |
| | 0,182,021 |
| | 0,184,933 |
| | 0,187,734 |
| | 0,213,603 |
| | 0,240,678 |
| NORWAY | 148,729 |
| | 151,517 |
| | 151,872 |
| | 152,150 |
| | 155,028 |
| | 157,519 |
| | 157,556 |
| | 158,519 |
| | 158,700 |
| | 158,702 |
| | 158,724 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---------|---------------|
| NORWAY | 163,718 |
| | 163,757 |
| | 163,758 |
| | 165,978 |
| | 169,878 |
| SINGAPORE | 1986/120 |
| | 1986/121 |
| | 1986/124 |
| | 1986/127 |
| | 1986/130 |
| | 1986/131 |
| | 1986/135 |
| | 1986/136 |
| | 1986/137 |
| | 1986/139 |
| | 1986/140 |
| | 1986/141 |
| | 1986/143 |
| | 1986/144 |
| | 1986/145 |
| | 1988/538 |
| | 1988/639 |
| | 1988/640 |
| | 1989/026 |
| | 1989/190 |
| | 1989/191 |
| | 1989/192 |
| | 1989/193 |
| | 1989/194 |
| | 1991/014 |
| | 1991/112 |
| | 1991/113 |
| | 1991/114 |
| | 1991/129 |
| | 1991/135 |
| | 1991/136 |
| | 1991/137 |
| | 1991/178 |
| | 1991/179 |
| | 1991/180 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---------|---------------|
| SINGAPORE | 1991/181 |
| | 1991/182 |
| | 1991/183 |
| | 1991/184 |
| | 1991/185 |
| | 1991/190 |
| | 1991/223 |
| | 1991/224 |
| | 1991/231 |
| | 1991/232 |
| | 1991/233 |
| | 1991/234 |
| | 1991/260 |
| | 1991/760 |
| | 1991/782 |
| | 1992/133 |
| | 1992/134 |
| | 1992/135 |
| | 1992/1073 |
| | 1992/1074 |
| SPAIN | 487,494 |
| | 488,767 |
| | 490,225 |
| | 490,646 |
| | 492,382 |
| | 495,232 |
| | 495,599 |
| | 495,600 |
| | 504,179 |
| | 504,182 |
| | 504,532 |
| | 504,533 |
| | 504,534 |
| | 504,535 |
| | 504,536 |
| SWEDEN | 0,004,476 |
| | 0,007,199 |
| | 0,007,200 |
| | 0,011,493 |
| | 0,011,495 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---------|---------------|
| SWEDEN  | 0,017,433 |
|         | 0,018,210 |
|         | 0,022,313 |
|         | 0,025,277 |
|         | 0,035,288 |
|         | 0,044,073 |
|         | 0,044,074 |
|         | 0,044,121 |
|         | 0,045,117 |
|         | 0,046,000 |
|         | 0,050,365 |
|         | 0,050,366 |
|         | 0,050,369 |
|         | 0,051,252 |
|         | 0,051,253 |
|         | 0,051,283 |
|         | 0,051,285 |
|         | 0,051,286 |
|         | 0,054,771 |
|         | 0,062,465 |
|         | 0,066,649 |
|         | 0,066,650 |
|         | 0,072,378 |
|         | 0,074,115 |
|         | 0,075,042 |
|         | 0,075,043 |
|         | 0,078,060 |
|         | 0,081,649 |
|         | 0,083,686 |
|         | 0,084,777 |
|         | 0,084,778 |
|         | 0,087,795 |
|         | 0,092,166 |
|         | 0,092,167 |
|         | 0,092,168 |
|         | 0,092,169 |
|         | 0,103,892 |
|         | 0,105,130 |
|         | 0,109,547 |
|         | 0,113,425 |
|         | 0,113,426 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---------|---------------|
| SWEDEN | 0,116,135 |
|  | 0,117,908 |
|  | 0,117,910 |
|  | 0,181,436 |
|  | 0,181,648 |
|  | 0,182,021 |
|  | 0,213,603 |
|  | 0,240,678 |
|  | 7,500,849 |
|  | 7,510,783 |
|  | 7,808,930 |
|  | 7,810,130 |
|  | 8,200,349 |
| SWITZERLAND | 0,004,476 |
|  | 0,007,199 |
|  | 0,007,200 |
|  | 0,011,493 |
|  | 0,011,495 |
|  | 0,015,141 |
|  | 0,017,433 |
|  | 0,018,210 |
|  | 0,022,313 |
|  | 0,025,277 |
|  | 0,035,288 |
|  | 0,044,073 |
|  | 0,044,074 |
|  | 0,044,121 |
|  | 0,045,117 |
|  | 0,046,000 |
|  | 0,050,365 |
|  | 0,050,366 |
|  | 0,050,369 |
|  | 0,051,252 |
|  | 0,051,253 |
|  | 0,051,283 |
|  | 0,051,285 |
|  | 0,051,286 |
|  | 0,054,771 |
|  | 0,062,465 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---------|---------------|
| SWITZERLAND | 0,066,649 |
| | 0,066,650 |
| | 0,072,378 |
| | 0,074,115 |
| | 0,075,042 |
| | 0,075,043 |
| | 0,078,060 |
| | 0,081,649 |
| | 0,083,686 |
| | 0,084,777 |
| | 0,084,778 |
| | 0,085,297 |
| | 0,087,795 |
| | 0,092,166 |
| | 0,092,167 |
| | 0,092,168 |
| | 0,092,169 |
| | 0,103,892 |
| | 0,105,130 |
| | 0,108,960 |
| | 0,109,547 |
| | 0,113,425 |
| | 0,113,426 |
| | 0,116,135 |
| | 0,117,908 |
| | 0,117,910 |
| | 0,181,436 |
| | 0,182,021 |
| | 0,213,603 |
| | 0,240,678 |
| | 0,587,533 |
| | 0,597,735 |
| | 0,635,027 |
| | 0,636,467 |
| TAIWAN | 12,062 |
| | 13,198E |
| | 13,956 |
| | 14,476 |
| | 14,997 |
| | 15,029 |