FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

# APPENDIX A
# DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| TAIWAN | 15,209 |
| | 16,263E |
| | 16,855 |
| | 16,857 |
| | 17,954 |
| | 20,103 |
| | 20,332 |
| | 23,424 |
| UNITED STATES | 3,349,273E |
| | 3,430,966E |
| | 3,518,442E |
| | 3,530,258E |
| | 3,658,954E |
| | 3,687,664E |
| | 3,794,410E |
| | 3,829,622E |
| | 3,894,180E |
| | 3,908,076E |
| | 3,908,080E |
| | 3,914,541E |
| | 3,915,576E |
| | 3,924,062E |
| | 3,944,727E |
| | 3,947,888E |
| | 3,954,469E |
| | 3,997,715E |
| | 4,006,294E |
| | 4,091,425 |
| | 4,118,735 |
| | 4,124,672 |
| | 4,130,620 |
| | 4,141,731 |
| | 4,152,586 |
| | 4,161,752 |
| | 4,161,753 |
| | 4,185,955 |
| | 4,190,860 |
| | 4,204,199 |
| | 4,210,931 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| UNITED STATES | 4,211,617 |
| | 4,222,072 |
| | 4,225,873 |
| | 4,228,326 |
| | 4,232,201 |
| | 4,232,337 |
| | 4,232,388 |
| | 4,234,837 |
| | 4,236,050 |
| | 4,236,105 |
| | 4,241,698 |
| | 4,252,327 |
| | 4,256,374 |
| | 4,260,360 |
| | 4,264,911 |
| | 4,271,334 |
| | 4,274,119 |
| | 4,282,598E |
| | 4,286,848 |
| | 4,307,381 |
| | 4,310,919 |
| | 4,313,190 |
| | 4,313,191 |
| | 4,322,837 |
| | 4,337,534 |
| | 4,337,538 |
| | 4,339,814 |
| | 4,340,353 |
| | 4,340,955 |
| | 4,341,469 |
| | 4,342,935 |
| | 4,345,261 |
| | 4,347,599 |
| | 4,347,619 |
| | 4,353,089 |
| | 4,353,090 |
| | 4,353,767 |
| | 4,357,533 |
| | 4,358,774 |
| | 4,358,796 |
| | 4,358,802 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| UNITED STATES | 4,367,545 |
| | 4,368,957 |
| | 4,370,679 |
| | 4,371,899 |
| | 4,372,741 |
| | 4,374,323 |
| | 4,374,636 |
| | 4,375,091 |
| | 4,391,579 |
| | 4,394,117 |
| | 4,397,805 |
| | 4,405,540 |
| | 4,406,000 |
| | 4,412,743 |
| | 4,412,805 |
| | 4,414,655 |
| | 4,415,138 |
| | 4,422,169 |
| | 4,422,904 |
| | 4,430,401 |
| | 4,433,423 |
| | 4,439,132 |
| | 4,439,848 |
| | 4,441,179 |
| | 4,445,144 |
| | 4,445,209 |
| | 4,450,488 |
| | 4,451,913 |
| | 4,455,634 |
| | 4,456,375 |
| | 4,456,914 |
| | 4,463,389 |
| | 4,465,977 |
| | 4,466,934 |
| | 4,467,467 |
| | 4,477,890 |
| | 4,479,146 |
| | 4,488,279 |
| | 4,499,502 |
| | 4,499,569 |
| | 4,500,484 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| UNITED STATES | 4,504,939 |
| | 4,510,536 |
| | 4,519,004 |
| | 4,524,444 |
| | 4,535,366 |
| | 4,535,548 |
| | 4,536,863 |
| | 4,566,090 |
| | 4,571,716 |
| | 4,583,131 |
| | 4,583,210 |
| | 4,594,702 |
| | 4,598,324 |
| | 4,611,318 |
| | 4,615,753 |
| | 4,623,837 |
| | 4,638,377 |
| | 4,648,084 |
| | 4,682,246 |
| | 4,701,898 |
| | 4,703,368 |
| | 4,703,467 |
| | 4,706,133 |
| | 4,727,433 |
| | 4,727,532 |
| | 4,746,991 |
| | 4,751,692 |
| | 4,755,884 |
| | 4,757,393 |
| | 4,759,007 |
| | 4,764,915 |
| | 4,774,699 |
| | 4,796,098 |
| | 4,797,752 |
| | 4,809,247 |
| | 4,819,223 |
| | 4,845,697 |
| | 4,893,297 |
| | 4,980,878 |
| | 5,001,568 |
| | 5,003,526 |

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX A
## DVA PATENTS

| COUNTRY | PATENT NUMBER |
|---|---|
| UNITED STATES | 5,018,020 |
| | 5,084,852 |
| | 5,126,990 |
| | 5,220,434 |
| | 5,253,244 |
| | 5,321,680 |
| | D 257,533 |
| | D 258,957 |
| | RE 32,051 |
| | RE 32,431 |
| | RE 32,574 |
| | RE 32,709 |
| VENEZUELA | 43,451 |
| | 44,085 |
| | 44,909 |
| | 48,140 |

7

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

## APPENDIX B

LICENSEE'S **Affiliates** as of the effective date of this Agreement are:

| | |
|---|---|
| Company: | FUJI MAGNE-DISK CO., LTD. |
| Address: | 1-67-1 Shibasaki, Chofu, Tokyo 182, JAPAN |
| | |
| Company: | N/A |
| Address: | |
| | |
| Company: | N/A |
| Address: | |
| | |
| Company: | N/A |
| Address: | |
| | |
| Company: | N/A |
| Address: | |
| | |
| Company: | N/A |
| Address: | |

APPENDIX B
Page 1 of 2

FUJIFILM - DISCS & RECORDABLE MEDIA-WW-073195

# APPENDIX B

Company: __N/A__
Address: _____

Company: __N/A__
Address: _____

Company: __N/A__
Address: _____

Company: __N/A__
Address: _____

Company: __N/A__
Address: _____

Company: __N/A__
Address: _____

Company: __N/A__
Address: _____

APPENDIX B
Page 2 of 2