UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISCOVISION ASSOCIATES,<br><br>            Plaintiff,<br><br>    v.<br><br>FUJI PHOTO FILM CO., LTD., a Japanese corporation; FUJIFILM U.S.A., INC., a New York corporation; FUJIFILM RECORDING MEDIA MANUFACTURING U.S.A., INC., a Delaware corporation; and FUJI MAGNETICS GMBH, a German corporation,<br><br>            Defendants. | Index No.: 07-Civ.-6348 (PAC) |

**BRAUN DECLARATION EXHIBIT 2**

 **FUJI PHOTO FILM CO., LTD.**
Intellectual Property Division
2-26-30 NISHIAZABU, MINATO-KU
TOKYO 106-8620, JAPAN
Tel: +81 3 3406 2534 Fax: +81 3 3406 2171/+81 3 3406 2619

September 22, 2006

Controller
Discovision Associates
2265 E 220th Street Long Beach, CA 90810
USA

To whom it may concern:

As officially announced in Fujifilm's news releases dated April 27th, 2006, Fuji Photo Film Co., Ltd., as of October 1st, 2006, will officially change its corporate name to FUJIFILM Holdings Corporation and will change its function to that of a holding company. Simultaneously, consistent with requirements for corporate organization separation under Japanese corporate law, a new business operating company, FUJIFILM Corporation, will be established and this new FUJIFILM Corporation will take over all of the operating business formerly conducted by Fuji Photo Film Co., Ltd. Detailed information regarding these transitions is available in the enclosed document.

Based upon the above-described company structural change, and upon the new entity FUJIFILM Corporation's succession to all of the current business operations of Fuji Photo Film Co., Ltd., FUJIFILM Corporation will also be the successor in interest to all of the assets, debts, rights, obligations and other legal statuses or encumbrances under any and all contracts, agreements, and/or licenses with third parties to which Fuji Photo Film Co., Ltd. is currently a party or of which it is an obligor, obligee, or beneficiary.

Accordingly and specifically, as of October 1st, 2006, the new entity FUJIFILM Corporation will assume all right, title, and interest in, and take responsibility for and ownership of, all of the property or other interests, benefits, rights, obligations, and other direct and indirect contractual incidents arising out of or relating to any and all current contract(s), agreement(s), and/or license(s) that arise out of or relate to intellectual property interests and that currently subsist or apply between your company and Fuji Photo Film Co., Ltd., and at such time, FUJIFILM Corporation, as sole successor in interest to Fuji Photo Film Co., Ltd., will become or shall be deemed the sole applicable respective party to such contract(s), agreement(s), and/or license(s).



**FUJI PHOTO FILM CO., LTD.**
Intellectual Property Division
2-26-30 NISHIAZABU, MINATO-KU
TOKYO 106-8620, JAPAN
Tel: +81 3 3406 2534  Fax: +81 3 3406 2171/+81 3 3406 2619

If you have any questions regarding this matter, please do not hesitate to contact our IP Legal Division via e-mail:

ntaka@tokyo.fujifilm.co.jp
Naoki Takahashi
IP Legal Div.
IP Div., R&D Management HQ

Sincerely yours,

Ichizo Toya
General Manager of IP Division
R&D Management HQ
Fuji Photo Film Co., Ltd.

Enclosed: Shift to a Holding Company Structure
(Abstract from Annual Report 2006)

G