## 19. Segment Information

### Operating Segments

The Company has three operating segments. The Company's operating segments were determined based upon common technology, manufacturing processes as well as distribution processes and type of customers, and they reflect how management reviews the businesses and operating results and makes decisions about strategic investments and the allocation of resources. "Imaging Solutions" manufactures, develops, markets and services color films, digital cameras, photofinishing equipment, color paper, chemicals and services for photofinishing and related products, primarily for the individual consumer. "Information Solutions" manufactures, develops, markets and services equipment and materials for medical systems and life sciences, equipment and materials for graphic arts, flat panel display materials, recording media, optical devices, electronic materials, inkjet materials and related products, primarily for commercial enterprises. "Document Solutions" manufactures, develops, markets and services office copy machines/multifunction devices, printers, production systems and services, paper, consumables, office services and other related products and services, primarily for commercial enterprises.

|  | Year ended March 31 | | | |
|---|---|---|---|---|
| Revenue | 2007 | 2006 | 2005 | 2007 |
|  | (Millions of yen) | | | (Thousands of U.S. dollars) |
| **Revenue:** | | | | |
| Imaging Solutions: | | | | |
| External customers | ¥ 605,383 | ¥ 689,458 | ¥ 742,993 | $ 5,130,364 |
| Intersegment | 899 | 618 | 306 | 7,619 |
| Total | 606,282 | 690,076 | 743,299 | 5,137,983 |
| Information Solutions: | | | | |
| External customers | 1,026,085 | 877,366 | 768,680 | 8,695,636 |
| Intersegment | 2,818 | 2,965 | 4,414 | 23,881 |
| Total | 1,028,903 | 880,331 | 773,094 | 8,719,517 |
| Document Solutions: | | | | |
| External customers | 1,151,058 | 1,100,671 | 1,015,701 | 9,754,729 |
| Intersegment | 12,187 | 12,478 | 13,560 | 103,280 |
| Total | 1,163,245 | 1,113,149 | 1,029,261 | 9,858,009 |
| Eliminations | (15,904) | (16,061) | (18,280) | (134,780) |
| **Consolidated total** | **¥2,782,526** | **¥2,667,495** | **¥2,527,374** | **$23,580,729** |

|  | Year ended March 31 | | | |
|---|---|---|---|---|
| Segment profit or loss | 2007 | 2006 | 2005 | 2007 |
|  | (Millions of yen) | | | (Thousands of U.S. dollars) |
| **Operating income (loss):** | | | | |
| Imaging Solutions | ¥ (42,631) | ¥(75,713) | ¥ (7,101) | $(361,280) |
| Information Solutions | 95,170 | 79,056 | 71,089 | 806,526 |
| Document Solutions | 61,186 | 67,026 | 100,407 | 518,525 |
| Total | 113,725 | 70,369 | 164,395 | 963,771 |
| Corporate expenses and eliminations | (663) | 67 | 47 | (5,618) |
| Consolidated operating income | 113,062 | 70,436 | 164,442 | 958,153 |
| Other income (expenses), net | (9,798) | 9,179 | (2,096) | (83,034) |
| Consolidated income before income taxes | ¥ 103,264 | ¥ 79,615 | ¥162,346 | $ 875,119 |

| Assets | March 31 | | | 2007 |
|---|---|---|---|---|
| | 2007 | 2006 | 2005 | |
| | (Millions of yen) | | | (Thousands of U.S. dollars) |
| **Total assets:** | | | | |
| Imaging Solutions | ¥ 542,419 | ¥ 610,536 | ¥ 706,698 | $ 4,596,771 |
| Information Solutions | 1,242,844 | 1,031,933 | 857,993 | 10,532,576 |
| Document Solutions | 1,056,374 | 984,906 | 978,820 | 8,952,322 |
| Total | 2,841,637 | 2,627,375 | 2,543,511 | 24,081,669 |
| Eliminations | (5,292) | (4,207) | (4,623) | (44,847) |
| Corporate assets | 482,757 | 404,323 | 444,569 | 4,091,161 |
| Consolidated total | ¥3,319,102 | ¥3,027,491 | ¥2,983,457 | $28,127,983 |

| Other significant items | Year ended March 31 | | | 2007 |
|---|---|---|---|---|
| | 2007 | 2006 | 2005 | |
| | (Millions of yen) | | | (Thousands of U.S. dollars) |
| **Depreciation and amortization:** | | | | |
| Imaging Solutions | ¥ 52,818 | ¥ 75,339 | ¥ 62,870 | $ 447,610 |
| Information Solutions | 88,147 | 80,879 | 59,625 | 747,008 |
| Document Solutions | 74,333 | 69,216 | 59,791 | 629,941 |
| Total | 215,298 | 225,434 | 182,286 | 1,824,559 |
| Corporate | 131 | — | — | 1,110 |
| Consolidated total | ¥215,429 | ¥225,434 | ¥182,286 | $1,825,669 |
| **Capital expenditures for segment assets:** | | | | |
| Imaging Solutions | ¥ 19,827 | ¥ 24,901 | ¥ 41,964 | $ 168,026 |
| Information Solutions | 95,947 | 114,124 | 83,190 | 813,110 |
| Document Solutions | 48,127 | 40,783 | 32,266 | 407,856 |
| Total | 163,901 | 179,808 | 157,420 | 1,388,992 |
| Corporate | 1,258 | — | — | 10,661 |
| Consolidated total | ¥165,159 | ¥179,808 | ¥157,420 | $1,399,653 |

Transfers between operating segments are generally based on market pricing. Corporate expenses are the expenses related to the Corporate Division of the Company. Corporate assets consist primarily of cash and cash equivalents as well as marketable and investment securities maintained for general corporate purposes. Corporate, in the "Other significant items" in the above table, is the depreciation and amortization or capital expenditures related to facilities and equipment which the Company holds for Company-wide use. The capital expenditures in the above table represent the purchase of fixed assets of each segment.

*Geographic Information*

Revenues, which are attributed to geographic areas based on the country of the Company or the subsidiary that transacted the sale with the external customer, operating income for the years ended March 31, 2007, 2006 and 2005 and long-lived assets at March 31, 2007, 2006 and 2005 were as follows. Although the geographic information of operating income is not required under SFAS No. 131, the Company discloses this information as supplemental information in light of the disclosure requirement of the Japanese Securities and Exchange Law.

|  | Year ended March 31 | | | |
|---|---|---|---|---|
|  | 2007 | 2006 | 2005 | 2007 |
|  | (Millions of yen) | | | (Thousands of U.S. dollars) |
| **Revenue:** | | | | |
| Japan | | | | |
|   External customers | ¥1,666,182 | ¥1,666,130 | ¥1,624,748 | $14,120,186 |
|   Intersegment | 459,120 | 385,242 | 338,601 | 3,890,848 |
|   Total | 2,125,302 | 2,051,372 | 1,963,349 | 18,011,034 |
| The Americas | | | | |
|   External customers | 491,129 | 456,461 | 428,361 | 4,162,110 |
|   Intersegment | 25,021 | 26,575 | 15,520 | 212,042 |
|   Total | 516,150 | 483,036 | 443,881 | 4,374,152 |
| Europe | | | | |
|   External customers | 340,246 | 307,535 | 271,438 | 2,883,441 |
|   Intersegment | 18,536 | 13,279 | 11,707 | 157,085 |
|   Total | 358,782 | 320,814 | 283,145 | 3,040,526 |
| Asia and others | | | | |
|   External customers | 284,969 | 237,369 | 202,827 | 2,414,992 |
|   Intersegment | 316,774 | 236,060 | 143,699 | 2,684,525 |
|   Total | 601,743 | 473,429 | 346,526 | 5,099,517 |
| Eliminations | (819,451) | (661,156) | (509,527) | (6,944,500) |
| Consolidated total | ¥2,782,526 | ¥2,667,495 | ¥2,527,374 | $23,580,729 |
| **Operating income (loss):** | | | | |
| Japan | ¥ 86,999 | ¥ 66,169 | ¥ 137,448 | $ 737,280 |
| The Americas | (12,927) | (14,434) | (1,782) | (109,551) |
| Europe | (2,356) | (12,300) | 10,336 | (19,966) |
| Asia and others | 41,056 | 25,804 | 17,231 | 347,932 |
| Eliminations | 290 | 5,197 | 1,209 | 2,458 |
| Consolidated total | ¥ 113,062 | ¥ 70,436 | ¥ 164,442 | $ 958,153 |

|  | March 31 | | | |
|---|---|---|---|---|
|  | 2007 | 2006 | 2005 | 2007 |
|  | (Millions of yen) | | | (Thousands of U.S. dollars) |
| **Long-lived assets:** | | | | |
| Japan | ¥588,054 | ¥562,455 | ¥538,747 | $4,983,509 |
| The Americas | 58,001 | 80,387 | 100,721 | 491,534 |
| Europe | 71,084 | 70,458 | 73,610 | 602,407 |
| Asia and others | 55,893 | 38,085 | 34,134 | 473,669 |
| Consolidated total | ¥773,032 | ¥751,385 | ¥747,212 | $6,551,119 |

Transfers between geographic areas are generally based on market pricing.

Primarily all of the revenue and long-lived assets of The Americas are related to operations in the United States of America.

Revenue to external customers, which are attributed to geographic areas based on the location of the customers for the years ended March 31, 2007, 2006 and 2005, were as follows:

|  | Year ended March 31 | | | |
|---|---|---|---|---|
|  | 2007 | 2006 | 2005 | 2007 |
|  | (Millions of yen) | | | (Thousands of U.S. dollars) |
| **Revenue:** | | | | |
| Japan | **¥1,303,647** | ¥1,329,284 | ¥1,311,893 | **$11,047,856** |
| The Americas | **572,797** | 558,702 | 515,169 | **4,854,212** |
| Europe | **422,965** | 375,516 | 349,903 | **3,584,449** |
| Asia and others | **483,117** | 403,993 | 350,409 | **4,094,212** |
| Consolidated total | **¥2,782,526** | ¥2,667,495 | ¥2,527,374 | **$23,580,729** |

### *Major Customers and Other*

No single customer of the Company accounted for more than 10% of consolidated revenue for each of the three years in the period ended March 31, 2007.

The Document Solutions subsidiary sold certain copy machines and other equipment to a minority shareholder and also purchased certain equipment from a minority shareholder, which amounted to ¥209,111 million ($1,772,127 thousand) and ¥20,871 million ($176,873 thousand), ¥173,457 million and ¥19,266 million, and ¥123,479 million and ¥19,959 million for the years ended March 31, 2007, 2006 and 2005, respectively.

In conjunction with a license agreement and other arrangements between the Document Solutions subsidiary and a minority shareholder, certain expenses of ¥14,782 million ($125,271 thousand), ¥15,468 million and ¥15,199 million, which primarily related to royalty and research expenses, were incurred and certain expenses of ¥2,529 million ($21,432 thousand), ¥3,021 million and ¥2,308 million, which primarily related to research expenses, were reimbursed for the years ended March 31, 2007, 2006 and 2005, respectively.

## Report of Independent Auditors

**ERNST & YOUNG**

■ ERNST & YOUNG ShinNihon
Hibiya Kokusai Bldg.
2-2-3, Uchisaiwai-cho
Chiyoda-ku, Tokyo, Japan 100-0011
C.P.O. Box 1196, Tokyo, Japan 100-8641

■ Tel: 03 3503 1191
Fax: 03 3503 1277

The Board of Directors and Shareholders
FUJIFILM Holdings Corporation
(Formerly, Fuji Photo Film Co., Ltd.)

We have audited the accompanying consolidated balance sheets of FUJIFILM Holdings Corporation (formerly, Fuji Photo Film Co., Ltd.) and subsidiaries as of March 31, 2007 and 2006, and the related consolidated statements of income, changes in shareholders' equity and cash flows for each of the three years in the period ended March 31, 2007, all expressed in Japanese yen. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. We were not engaged to perform an audit of the Company's internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of FUJIFILM Holdings Corporation and subsidiaries at March 31, 2007 and 2006, and the consolidated results of their operations and their cash flows for each of the three years in the period ended March 31, 2007, in conformity with accounting principles generally accepted in the United States.

We have also reviewed the translation of the consolidated financial statements as of and for the year ended March 31, 2007 into U.S. dollars on the basis described in Note 3. In our opinion, such U.S. dollar amounts have been translated on such basis.

June 28, 2007

*Ernst & Young ShinNihon*

## Corporate Information

**FUJIFILM Holdings Corporation**
7-3, Akasaka 9-chome,
Minato-ku, Tokyo 107-0052, Japan
TEL : 81-3-6271-1111
URL: http://www.fujifilmholdings.com/*

**Date of Establishment :** January 20, 1934

**Capital :** ¥40,363 million (as of March 31, 2007)

**Fiscal Year-end :** March 31

**Number of employees (Persons) :** 76,358 (as of March 31, 2007)

**Independent Auditor :** Ernst & Young ShinNihon

**Stock Exchange Listings :** Tokyo, Osaka, Nagoya

**Share Registrar :**
Mitsubishi UFJ Trust and Banking Corporation
4-5, Marunouchi 1-chome, Chiyoda-ku, Tokyo 100-8212, Japan

**Distribution of Shareholders and Shares :** (As of March 31, 2007)
Number of Shareholders : 31,551
Number of Shares Outstanding (In thousands) : 514,626



Treasury Stocks 3,466 0.7%
Foreign Corporations 258,329 50.2%
Individuals and Others 35,800 7.0%
Financial Institutions 187,865 36.5%
Securities Companies 9,082 1.7%
Other Corporations 20,084 3.9%
(In thousand shares)

**Major Shareholders :** (As of March 31, 2007)

| Name | Percentage of issued shares (%) |
|---|---|
| The Master Trust Bank of Japan, Ltd. (trust account) | 6.1 |
| Japan Trustee Services Bank, Ltd. (trust account) | 5.1 |
| Nippon Life Insurance Company | 3.9 |
| State Street Bank & Trust Company 505103 | 2.7 |
| Depositary Nominees Inc. | 2.7 |
| The Chase Manhattan Bank, NA London | 2.7 |
| Deutsche Bank Trust Company Americas | 2.6 |
| State Street Bank & Trust Company | 2.4 |
| The Chuo Mitsui Trust and Banking Company, Limited | 2.2 |
| Sumitomo Mitsui Banking Corporation | 2.0 |

**Common Share Price :** (Tokyo Stock Exchange)



| (month) | FY 2003 | | | | FY 2004 | | | | FY 2005 | | | | FY 2006 | | | | FY 2007 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4-6 | 7-9 | 10-12 | 1-3 | 4-6 | 7-9 | 10-12 | 1-3 | 4-6 | 7-9 | 10-12 | 1-3 | 4-6 | 7-9 | 10-12 | 1-3 | 4-6 | 7-9 | 10-12 | 1-3 |
| High | 4,400 | | | | 3,850 | | | | 3,990 | | | | 4,110 | | | | 5,410 | | | |
| Low | 3,270 | | | | 2,830 | | | | 3,180 | | | | 3,320 | | | | 3,570 | | | |

* Public notices of the Company shall be made available electronically (in Japanese) via its corporate website http://www.fujifilmholdings.com/.
However, in the event that electronic public notices cannot be made due to accident or other unavoidable circumstances, public notices shall be made in *the Nihon Keizai Shimbun*.

# Consolidated Subsidiaries

(As of March 31, 2007)

## JAPAN

FUJIFILM Corporation
Fuji Xerox Co., Ltd.
FUJINON Corporation
FUJINON MITO Corporation
FUJINON SANO Corporation
Fujinon Toshiba ES Systems Co., Ltd.
FUJIFILM TECHNO PRODUCTS CO., LTD.
FUJIFILM Electronic Materials Co., Ltd.
FUJIFILM PHOTONIX CO., LTD.
FUJIFILM Opto Materials Co., Ltd.
FUJIFILM Kyushu Co., Ltd.
FUJIFILM FINECHEMICALS CO., LTD.
FUJIFILM Healthcare Laboratory Co., Ltd.
Daiichi Radioisotope Laboratories, Ltd.*1
Fuji Technics Co., Ltd.
FUJIFILM TPX Co., Ltd.
FUJIFILM MEDIA MANUFACTURING CO., LTD.
FUJIFILM PHOTO MANUFACTURING CO., LTD.
FUJIFILM MEDICAL CO., LTD.
FUJIFILM BUSINESS SUPPLY CO., LTD.
FUJIFILM IMAGING Co., Ltd.
FIC PRODUCTION CENTER CO., LTD.
FUJIFILM IMAGETEC CO., LTD.
FUJIFILM Graphic Systems Co., Ltd.
FFGS Techno Service Co., Ltd.
FUJIFILM Techno Service Co., Ltd.
FUJIFILM Media Crest Co., Ltd.
FUJIFILM Imaging Colorants Limited
FUJIFILM LOGISTICS CO., LTD.
FUJIFILM Computer System Co., Ltd.
FUJIFILM Software Co., Ltd.
FUJIFILM PRESENTEC CO., LTD.
FUJIFILM Insurance Service Co., Ltd.*2
FUJIFILM Human Resources Development Co., Ltd.
Suzuka Fuji Xerox Co., Ltd.
Fuji Xerox Information Systems Co., Ltd.
Fuji Xerox Engineering Co., Ltd.
Fuji Xerox Career Net Co., Ltd.
Fuji Xerox System Service Co., Ltd.
Fuji Xerox Learning Institute Inc.
Fuji Xerox General Business Co., Ltd.*2
FXPS Sales Co., Ltd.
Niigata Fuji Xerox Manufacturing Co., Ltd.
Fuji Xerox Imaging Materials Co., Ltd.
Xworks Co., Ltd.
CrossForce Co., Ltd.

## THE AMERICAS

FUJIFILM Holdings America Corporation
FUJIFILM U.S.A., Inc.
FUJIFILM e-Systems, Inc.
FUJIFILM Sericol U.S.A., Inc.
FUJIFILM Sericol Brasil Produtos para Impressão Ltda
FUJIFILM Finance U.S.A., Inc.
FUJIFILM Manufacturing U.S.A., Inc.
FUJIFILM Hunt Chemicals U.S.A., Inc.
FUJIFILM Hunt do Brasil - Producão de Quimicos Ltda.
FUJIFILM Recording Media Manufacturing U.S.A., Inc.
FUJIFILM Electronic Materials U.S.A., Inc.
FUJIFILM Dimatix, Inc.
FUJIFILM Medical Systems U.S.A., Inc.
Problem Solving Concepts, Inc.
FUJIFILM Hawaii, Inc.
FUJIFILM Graphic Systems U.S.A., Inc.
FUJIFILM Imaging Colorants, Inc.
FX Global, Inc.
FX Global Supply Solutions, Inc.
FX Palo Alto Laboratory, Inc.
FUJINON INC.
FUJIFILM Canada Inc.
Black Photo Corporation
FUJIFILM do Brasil Ltda.
FUJIFILM da Amazonia Ltda.

## EUROPE

FUJIFILM Europe B.V.
FUJIFILM Europe GmbH
FUJIFILM Holdings France S.A.S.
FUJIFILM Graphic Systems France S.A.S.
FUJIFILM France S.A.S.
Laboratories FUJIFILM S.A.
FUJIFILM Medical Systems France S.A.S
FUJIFILM España, S.A.
FUJIFILM Italia S.r.l.
FUJIFILM Medical Systems Italia S.p.A.
FUJIFILM Medical Systems Benelux N.V.
Photofinishing Holding International B.V.
Fujicolor Central Europe Photofinishing GmbH & Co. KG
FUJIFILM Europe N.V.
FUJIFILM Hunt Chemicals Europe, N.V.
FUJIFILM Recording Media GmbH
FUJINON (EUROPE) GmbH
FUJIFILM Finance Europe B.V.
FUJIFILM HOLDINGS UK LTD.
FUJIFILM UK LIMITED.
FUJIFILM Manufacturing Europe B.V.
FUJIFILM Sericol Overseas Holdings Limited
FUJIFILM Sericol UK Limited
Sericol Ink Limited
FUJIFILM Imaging Colorants Limited
FUJIFILM Imaging Colorants Pension Trustees Limited
FUJIFILM Electronic Materials (Europe) N.V.

*1: On April 1, 2007, Daiichi Radioisotope Laboratories, Ltd. changed its name to FUJIFILM RI Phama Co., Ltd.
*2: On July 1, 2007, FUJIFILM Insurance Service Co., Ltd. and Fuji Xerox General Business Co., Ltd. were integrated to form a new company, FUJIFILM Business Expert Corporation.

## ASIA & OTHERS

FUJIFILM (China) Investment Co., Ltd.
FUJIFILM Imaging Systems (Suzhou) Co., Ltd.
FUJIFILM Printing Plate (Suzhou) Co., Ltd.
FUJIFILM Digital Imaging Products (SUZHOU) Co., Ltd.
FUJIFILM STARLIGHT CO., LTD.
FUJIFILM Starlight GRAPHIC SYSTEMS (SHANGHAI) CO., LTD.
FUJIFILM Medical Systems (Shanghai) Co., Ltd.
FUJIFILM (Shanghai) Trading Co., Ltd.
FUJIFILM Hong Kong Limited
FUJINON TIANJIN OPTICAL CO., LTD.
Fuji Xerox China Investments (Bermuda) Limited
Fuji Xerox (China) Limited
Fuji Xerox Eco-Manufacturing (Suzhou) Co., Ltd.
Fuji Xerox of Shanghai Limited
Fuji Xerox Industry Development (Shanghai) Co., Ltd.
Fuji Xerox of Shenzhen Ltd.
Fuji Xerox (Hong Kong) Limited
Fuji Xerox Far East Limited
Fuji Xerox Korea Company Limited
Fuji Xerox Chung Cheong Company Limited
Fuji Xerox Korea Information System Co., Ltd.
Seoul Fuji Xerox Service Co., Ltd.
Fuji Xerox Honam Co., Ltd.
FUJIFILM Regional Services (Singapore) Pte Ltd
FUJIFILM (Singapore) Pte. Ltd.
FUJIFILM Hunt Chemicals Singapore Pte. Ltd.
FUJIFILM Electronic Materials Taiwan Co., Ltd.
FUJIFILM (Malaysia) Sdn. Bhd.
FUJIFILM (Thailand) Ltd.
FUJIFILM Holdings Australasia Pty Ltd.
FUJIFILM Australia Pty Ltd
Rabbit Photo Pty Ltd.
FUJIFILM Holdings NZ Ltd.
Camera House Ltd.
FUJIFILM NZ Ltd.
Viko New Zealand Ltd.
Fuji Xerox Asia Pacific Pte Ltd
Fuji Xerox Leasing (China) Limited
Fuji Xerox (Singapore) Pte Ltd
Fuji Xerox Taiwan Corporation
Taiwan Fuji Xerox System Service Corp.
Fuji Xerox Australia Pty Limited
Fuji Xerox Finance Limited    (Australia)
Fuji Xerox (Sales) Pty Limited
Fuji Xerox New Zealand Limited
Fuji Xerox Finance Limited    (New Zealand)
Thai Fuji Xerox Co., Ltd.
Fuji Xerox Leasing (Thailand) Limited
Fuji Xerox Philippines, Incorporated
Fuji Xerox Myanmar Ltd.
Fuji Xerox Asia Malaysia Sdn Bhd
Fuji Xerox Eco-Manufacturing Co., Ltd.

**Others: 77 companies**
**Total consolidated subsidiaries: 227 companies**

The following are included under "Others":

Fuji Xerox Co., Ltd. Group sales companies
(http://www.fujixerox.co.jp/eng/company/locations/)

FUJIFILM Sericol Group companies
(http://www.fujifilmsericol.com/)

Fuji Hunt Photographic Chemicals, N.V. Group companies
(http://www.fujihunt.com/)

FUJIFILM Electronic Materials (Europe) N.V. Group companies
(http://www.fujifilm-ffem.com/)

For updated mailing addresses and contact information for major Group companies, visit the FUJIFILM Holdings website

http://www.fujifilmholdings.com/en/business/group/



The body of this report is printed on FSC-certified paper.



This report is printed with soybean ink certified as being environment-friendly by the American Soybean Association.



We promote green purchasing for printing services.

This report is printed and bound in accordance with GPN-GL14 Purchasing Guidelines for Offset Printing Service.
Paper:   Environmentally friendly, FSC-certified
Ink:   Soybean-oil ink is used. (For the front cover, Soybean oil-based OP varnish is used.)
Binding:   Notch binding using EVA hot-melt glue, the nonsegmenting ability of which has been improved.

This report is printed using Fujifilm graphic arts products.

July 2007   Printed in Japan



**FUJIFILM Holdings Corporation**

For further information, please contact:

IR Office, Corporate Planning Div.
FUJIFILM Holdings Corporation
7-3, Akasaka 9-Chome,
Minato-ku, Tokyo 107-0052, Japan
Tel: 81-3-6271-1111
URL: http://www.fujifilmholdings.com/